IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS,<br><br>      Plaintiff,<br><br>   v.<br><br>ANTHONY HEDGEPATH, et al.,<br><br>      Defendants. | Case No.: C 12-3071 CW (PR)<br><br>ORDER DIRECTING ALL PARTIES TO NOTIFY COURT OF CONSENT OR DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE |

   No later than <u>fourteen</u> days from the date of this Order, all parties shall consent **OR** decline to proceed before a United States Magistrate Judge by signing and returning this notice to the Court.

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

   In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

   **PLAINTIFF:**

   Plaintiff consents to the assignment of (<u>check one</u>):

   _____ Any Magistrate Judge

   _____ Magistrate Judge Nandor Vadas

   _____ Magistrate Judges (fill in names): _____

_____

Dated: _____       Signature: _____

**DEFENDANT(S):**

All Defendants consent to the assignment of (check one):

\_\_\_\_\_ Any Magistrate Judge

\_\_\_\_\_ Magistrate Judge Nandor Vadas

\_\_\_\_\_ Magistrate Judges (fill in names): _____

_____


Dated: _____         Signature: _____
                                         (Defendant(s)' Counsel)


**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**


**PLAINTIFF:**

Plaintiff declines to consent to the assignment of this case to a United States Magistrate Judge.


Dated: _____         Signature: _____


**DEFENDANT(S):**

One or more Defendants declines to consent to the assignment of this case to a United States Magistrate Judge.


Dated: _____         Signature: _____
                                         (Defendant(s)' Counsel)

   IT IS SO ORDERED.

Dated: 5/9/2013

                         _____
                         CLAUDIA WILKEN
                         United States District Judge