IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| EDWARD THOMAS, | Case No.: C 12-3071 CW (PR) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| ANTHONY HEDGPETH, et al., | |
| Defendants. | |

    For the reasons stated in the Order of Dismissal, this case is DISMISSED with prejudice.  Judgment is entered accordingly.  The parties shall bear their own costs of suit.

    The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: 1/31/2014

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE